BTXN 177 (rev. 09/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Guadalupe Figueroa Sr. § Case No.: 17–42672–elm13
 § Chapter No.: 13
 Debtor(s) §

# NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor did not file Official Form 423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.
- ☐ Debtor has not certified that all domestic support obligations due have been paid.
- ☑ Debtor has not filed required certification and motion for entry of Chapter 13 Discharge.
- ☐ Debtor's certification and motion for chapter 13 discharge has been denied.
- ☐ Other:

DATED: 8/16/22

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Tracy Nunns, Deputy Clerk